No. 2,485.

SAMUEL ELDRIDGE *et al.*, PETITIONERS, *v.* THE CITY OF STOCKTON, RESPONDENT.

DISMISSAL BY THE DISTRICT COURT OF CAUSE PENDING IN THE COUNTY COURT— EFFECT OF.—An order of the District Court dismissing a cause of which it has no jurisdiction, and which is pending in the County Court on appeal from the Justice's Court, leaves it still pending in the County Court.

IDEM.—If the District Court acquired jurisdiction, its order dismissing the cause is final and conclusive in the proceeding.

APPLICATION to the Supreme Court for a writ of mandamus commanding a Justice of the Peace of Stockton Township, San Joaquin County, to issue execution on a judgment.

Suit was brought in a Justice's Court to recover from the City of Stockton the sum of two hundred and ninety-nine dollars and costs of suit. Judgment was rendered in favor of the plaintiffs in the amount prayed, and costs of suit, taxed at seven dollars and eighty cents. Defendant appealed to the County Court, and while the appeal was still pending moved the Court that the proceedings be suspended, and that the pleadings be certified to the District Court of the Fifth District, on the ground that the determination of the action would necessarily involve the question of title to or possession of real property. The Court granted defendant's motion, and the pleadings were certified to the said District Court. Afterward, on motion of plaintiff, the District Court dismissed the case on the ground that no question of title to or possession of real property was involved.

Afterward, plaintiff demanded of the said Justice of the Peace that he issue an execution on said judgment, which was refused.

*G. F. Martin* and *B. McKune*, for Petitioners.

*W. L. Dudley*, for Respondent.

RHODES, C. J., delivered the opinion of the Court, WALLACE, J., SPRAGUE, J., and TEMPLE, J., concurring:

If the District Court had no jurisdiction of the cause, it is still pending in the County Court on appeal; and if the

District Court did acquire jurisdiction, its order dismissing the *cause*, is final and conclusive in this proceeding, and the Justice of the Peace rightfully refused to issue an execution. Mandate denied.

CROCKETT, J., expressed no opinion.